GOLDSMITH & HULL, A P.C./ File No. CDCS523/CDCS524
William I. Goldsmith  SBN 82183
Jack D. Hull           SBN 91879
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Tel. (818) 990-6600  Fax (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY A. FARWELL,<br><br>Defendants. | Case No. ACV13-03586<br><br>CONSENT JUDGMENT<br>[Proposed] |

     Plaintiff, United States of America, having filed its Complaint herein and the defendant, having consented to the making and entry of this Judgment without trial, hereby agree as follows:

     i.    This Court has jurisdiction over the subject matter of this litigation and over all parties thereto (28 U.S.C. Section 1345). The Complaint filed herein states a claim upon which relief can be granted.

     ii.    The defendant hereby acknowledges and accepts service of the Complaint filed herein. Defendant acknowledges and agrees that the facts and allegations made therein are true and correct.

     iii.    The defendant hereby agrees to the entry of Judgment in the principal amount of $31,078.45 plus interest accrued to **January 14, 2014** in the sum of $66,544.77; with interest accruing thereafter at **$0.59** per day for claim number one and $8.81 per day for claim number two until entry of judgment; plus

penalty/administrative charges in the amount of $0.00; attorney fees in the sum of $2,464.71 and cost in the sum of $459.00 for a total of $100,546.93.

  iv. Defendant will make payments to plaintiff as follow

  $5,000.00 down payment due on or before January 20, 2014.

  Monthly payments in the amount of **$500.00**, beginning **February 20, 2014**, and at the same time thereafter until the debt is paid in full.

  v. Payments are to be made payable to the U.S. Department of Justice and forwarded to **U.S. Department of Justice, Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363**, and to include the file number: **2011A14668** and **2011A14677** on the face of the check.

  vi. The payment of **$500.00** per month may be reevaluated and may be modified to take into account the changed economic circumstances of defendant. Notwithstanding the foregoing, such re-evaluation and modification may take place, at most, once, on an annual basis.

  vii. For purposes of evaluation and possible modification, the defendant will provide plaintiff with a copy of his/her Federal Income Tax return, (including all attachments) or other evidence of total annual income, and a completed Financial Statement provided by plaintiff, along with copies of your last two earning statements.

  viii. Under no circumstances, will the monthly payment be lower than $500.00 per month.

  ix. Should defendant become thirty (30) days or more delinquent in making any payment in accordance with this consent judgment, plaintiff will enforce this judgment in accordance with the Federal Rules of Civil Procedure and file a supplemental Bill of Costs requesting attorney fees and cost.

  x. Liens will be recorded with the applicable County Recorder wherein defendant resides or owns real property and defendant shall bear the cost of this transaction.

  xi. When the amount of the consent judgment is liquidated, plaintiff shall

prepare and file with the Clerk of the Court a Satisfaction of Judgment and provide defendant with a Release of Lien Under Abstract of Judgment for defendant to record with the applicable County Recorder.

    xii. This consent judgment will accrue interest at the legal rate from the date of entry until paid in full.

Dated: 7-30-2014

Gary A. Farwell,
Defendant

Date: 7-30-2014

William I. Goldsmith
Attorney for Plaintiff

DATE: 8/8/14

TERRY NAFISI, CLERK OF THE COURT
U.S. District Court Central District of California

DEPUTY CLERK